FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2025 NOV 13 PM 2: 54

MARGARET BOTKINS, CLERK
CHEYENNE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

_____

| IN THE MATTER OF THE LAPSE IN FEDERAL APPROPRIATIONS | General Order 2025-04 |
|---|---|

### GENERAL ORDER LIFTING STAY FOLLOWING RESUMPTION OF APPROPRIATIONS

This matter comes before the Court *sua sponte* upon receiving notice from the United States Attorney for the District of Wyoming that the lapse in appropriations to the Department of Justice has ended. Therefore, IT IS HEREBY:

ORDERED that the General Order (2025-03) imposing a stay on all civil cases within the District of Wyoming in which the United States or an agency, corporation, officer or employee (deemed or otherwise) of the United States is hereby lifted. It is further

ORDERED that any filing deadlines stayed by the General Order shall resume effective today, November 13, 2025. It is further

ORDERED that any scheduling conflicts shall be addressed by the judge(s) assigned to the case. As required by the Local Rules, the parties shall first confer prior to reaching out to the Court.

Dated this 13th day of November, 2025.

Kelly H. Rankin
Chief District Judge